# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

ADRIAN PEREZ
ALLA PEREZ

DEBTORS                                    /

CASE NO.:  12-13714-BKC-AJC
PROCEEDING UNDER CHAPTER 13

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

  **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1.  Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2.  The Trustee faxed to the counsel of record a letter requesting the issue be addressed.  *See* attached letter with fax confirmation.

  WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

  **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on _____6/30/17_____.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/ _____
☐  Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727
☐  Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☑  Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 12-13714-BKC-AJC

## CERTIFICATE OF SERVICE

### COPIES FURNISHED TO:

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTORS**
ADRIAN PEREZ
ALLA PEREZ
1156 CRESENT AVE SW
LABELLE, FL  33935

**Via Electronic Service:**
**ATTORNEY FOR DEBTORS**
RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL  33126

```
**********************
*** FAX TX REPORT ***
**********************

              TRANSMISSION OK

    JOB NO.                1629
    DESTINATION ADDRESS    18885545607
    SUBADDRESS
    DESTINATION ID         CORONA, RICARDO
    ST. TIME               03/24 10:41
    TX/RX TIME             00'21
    PGS.                   1
    RESULT                 OK
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, FL 33027
(954) 443-4402
Fax (954) 443-4452

DATE: _3/24/17_

TO: _Ricardo Corona_

FROM: _Cathy_

RE: _12-13714 - Perez_

This case is about to close. The plan provisions contain litigation language. The debtor must submit a copy of the judgment pertaining to the lawsuit and a statement regarding any distribution of funds received or to be received.

If the lawsuit was not pursued or the debtor did not receive proceeds from the lawsuit, the debtor (and co-debtor) must submit a notarized affidavit stating the exact facts which occurred.

If the lawsuit is still pending or on appeal, a copy of the complaint, judgment and/or notice of appeal should be submitted.

In addition, please provide the caption for the case as well as the names and contact information for all interested parties.

Please contact your client and inform them that these documents must be submitted and reviewed before a discharge can be recommended.

DEBTORS MUST COMPLY WITH THIS REQUEST WITHIN **15 DAYS** OF THE