

**ORDERED in the Southern District of Florida on January 10, 2018.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA
                   www.flsb.uscourts.gov
                      Division: Miami
```

IN RE:                                    CASE NO: 12-13714-BKC-AJC
ADRIAN PEREZ
ALLA PEREZ,
            DEBTOR(S).
_____/

AMENDED ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AND INCREASING PLAN BASE

THIS CAUSE came on to be heard on November 21, 2017 on the Debtor's Motion to Modify Plan, and based on the record, it is

ORDERED as follows:

1. The Debtor's Motion to Modify Plan (ECF #138) is granted and plan base increased.

2. The plan is modified to increase the plan base an additional $5,162.80 for a total plan base of $132,569.70 for payment to the unsecured creditors.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQ is directed to serve a copy of this order on debtor(s) and debtor(s) attorney and to file a certificate of service with the Clerk of the Court, immediately upon receipt thereof.